**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                        Case Number:

The Complaint of Edward E. Gillen Co. as Owner Pro Hac Vice of the M/V P-T II, her Engines, Tackle, Appurtenances, Furniture, Etc., Praying for Exoneration from or Limitation of Liability.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EDWARD E. GILLEN CO.

| | |
|---|---|
| NAME (Type or print) <br> Dennis Minichello | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Dennis Minichello | |
| FIRM <br> Marwedel, Minichello and Reeb, P.C. | |
| STREET ADDRESS <br> 10 S. Riverside Plaza, Suite 720 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3122059 | TELEPHONE NUMBER <br> 312-902-1600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES [X]   NO [ ] | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES [ ]   NO [X] | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES [X]   NO [ ] | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES [X]   NO [ ] | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |