Case 1:08-cv-02219   Document 4   Filed 04/17/2008   Page 1 of 1

FILED: APRIL 17, 2008
08CV2219
EDA
JUDGE MANNING
MAGISTRATE JUDGE DENLOW

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                    Case Number:

The Complaint of Edward E. Gillen Co. as Owner Pro Hac Vice of the M/V P-T II, her Engines, Tackle, Appurtenances, Furniture, Etc., Praying for Exoneration from or Limitation of Liability.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

<u>EDWARD E. GILLEN CO.</u>

| |
|---|
| NAME (Type or print)<br>Shari L. Friedman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>  s/Shari L. Friedman |
| FIRM<br>Marwedel, Minichello and Reeb, P.C. |
| STREET ADDRESS<br>10 S. Riverside Plaza, Suite 720 |
| CITY/STATE/ZIP<br>Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6193095 | TELEPHONE NUMBER<br>312-902-1600 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |