FILED: APRIL 17, 2008
08CV2219   EDA
JUDGE MANNING
MAGISTRATE JUDGE DENLOW

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ) | Case No.: _____ |
| EDWARD E. GILLEN CO. AS OWNER PRO ) | |
| HAC VICE OF THE M/V P-T II, HER        ) | Judge: _____ |
| ENGINES, TACKLE, APPURTENANCES,   ) | |
| FURNITURE, ETC., PRAYING FOR          ) | Magistrate Judge: _____ |
| EXONERATION FROM OR LIMITATION   ) | |
| OF LIABILITY                                        ) | In Admiralty |
| ) | |
| Plaintiff. | |

## NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT

Plaintiff Edward E. Gillen Co., by and through its attorneys Dennis Minichello and Shari L. Friedman of Marwedel, Minichello and Reeb, P.C., and pursuant to Local Rule 3.2, states as follows:

Edward E. Gillen Co., is a non-governmental Wisconsin corporation, with no other entity owing more than 5 % of the corporation

Dated:  April 17, 2008          Respectfully submitted,

                                           s/Dennis Minichello
                                           Dennis Minichello
                                           State Bar No. 3122059
                                           Shari L. Friedman
                                           State Bar No. 6193095
                                           MARWEDEL, MINICHELLO & REEB, P.C.
                                           10 South Riverside Plaza
                                           Suite 720
                                           Chicago, IL  60606
                                           Phone:  (312) 902-1600
                                           Facsimile: (312) 902-9900
                                           Email: dminichello@mmr-law.com
                                           sfriedman@mmr-law.com

2

                 Attorneys for Edward E. Gillen Co.

**Of Counsel:**

David W. Neeb
Wisconsin State Bar No. 1011188
James E. Culhane
Wisconsin State Bar No. 1014260
Davis & Kuelthau, s.c.
111 East Kilbourn, Ste. 1400
Milwaukee, WI 53202
Phone: (414) 2760-0200
Fax:  (414) 9369
Email: dneeb@dkattorneys.com
    jculhane@dkattorneys.com