FILED: APRIL 17, 2008
08CV2219                    EDA
JUDGE MANNING
MAGISTRATE JUDGE DENLOW

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ) <br> EDWARD E. GILLEN CO. AS OWNER PRO ) <br> HAC VICE OF THE M/V P-T II, HER ) <br> ENGINES, TACKLE, APPURTENANCES, ) <br> FURNITURE, ETC., PRAYING FOR ) <br> EXONERATION FROM OR LIMITATION ) <br> OF LIABILITY ) <br> ) <br>                 Plaintiff. | Case No.: _____ <br><br> Judge: _____ <br><br> Magistrate Judge: _____ <br><br> In Admiralty |

**MOTION FOR INJUNCTIVE RELIEF
AND ENTRY OF ORDERS TO PROCEED WITH
COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

     Plaintiff, Edward E. Gillen Co., by its attorneys, Dennis Minichello and Shari L. Friedman of Marwedel, Minichello & Reeb, for its Motion for Injunctive Relief and Entry of Orders to Proceed with Complaint for Exoneration From or Limitation of Liability, pursuant to 46 U.S.C. App. Sec. 183 et al. and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, states as follows:

     1.     On April 17, 2008, Plaintiff, Edward E. Gillen Co., as owner pro hac vice and operator of the M/V P-T II, filed a Complaint in this Court claiming the benefit of exoneration from or limitation of liability as provided in 46 U.S.C. App. §§183-189, and all acts amendatory thereof and supplemental thereto, and also contesting any liability on its part on account of the matters and things alleged in said Complaint, independently of limitation of liability claimed, for any losses, injuries, deaths, expenses or damages resulting or arising from and claiming the right to exoneration from or limitation of liability for any and all claims arising out of an alleged incident on September 16, 2005, involving an alleged personal injury to Edward Grenier on

board M/V P-T II, at or near Oak Creek Power Plant located in Oak Creek, Wisconsin.

2. A key component of a limitation action is the entry of an injunction enjoining any and all claimants from filing any suit or action against the vessel owner for damages relating to the subject accident, other than in the limitation proceeding itself.

3. In connection thereto. Plaintiff seeks entry of one (1) Order and one (1) Notice in order to proceed with its limitation action, enjoin the filing of actions for damages arising out of the accident, except in this proceeding, give Notice to all those who may have claims against Plaintiff or the subject vessels, and bring all claimants into one venue, before this Court, for the purpose of determining Plaintiffs liability, if any, and distribution of the limitation fund, if applicable.

4. The Order and Notice that Plaintiff seeks to have entered by this Court are:

   A. Order Approving Limitation Plaintiff Edward E. Gillen Co.'s Affidavit of Value, Directing Issuance of Notice and Injunction Prosecution of Claims; and

   B. Notice to Claimants of Complaint for Exoneration From or Limitation of Liability.

A copy of the Order and Notice are submitted herewith.

5. In support of this Motion, Plaintiff submits a Memorandum of Law contemporaneous hereto.

WHEREFORE, Plaintiff, Edward E. Gillen Co., respectfully requests that this Court grant it the injunctive relief sought, enter the Orders requested, and proceed to adjudicate Plaintiff's Complaint.

Dated: April 17, 2008                    Respectfully submitted,

                                         s/Dennis Minichello
                                         Dennis Minichello

                          State Bar No. 3122059  
                          Shari L. Friedman  
                          State Bar No. 6193095  
                          MARWEDEL, MINICHELLO & REEB, P.C.  
                          10 South Riverside Plaza  
                          Suite 720  
                          Chicago, IL  60606  
                          Phone:  (312) 902-1600  
                          Facsimile: (312) 902-9900  
                          Email: dminichello@mmr-law.com  
                          sfriedman@mmr-law.com

                          Attorneys for Edward E. Gillen Co.

**Of Counsel:**

David W. Neeb  
Wisconsin State Bar No. 1011188  
James E. Culhane  
Wisconsin State Bar No. 1014260  
Davis & Kuelthau, s.c.  
111 East Kilbourn, Ste. 1400  
Milwaukee, WI  53202  
Phone: (414) 2760-0200  
Fax:     (414) 9369  
Email: dneeb@dkattorneys.com  
         jculhane@dkattorneys.com

2163500a.Gillen- Deposit for Costs and Security