UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ) <br> EDWARD E. GILLEN CO. AS OWNER PRO ) <br> HAC VICE OF THE M/V P-T II, HER ) <br> ENGINES, TACKLE, APPURTENANCES, ) <br> FURNITURE, ETC., PRAYING FOR ) <br> EXONERATION FROM OR LIMITATION ) <br> OF LIABILITY ) <br> ) <br> Plaintiff. | Case No.: _____ <br><br> Judge: _____ <br><br> Magistrate Judge: _____ <br><br> In Admiralty |

## NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Notice is hereby given that Edward E. Gillen Co., as owner *pro hac vice* of the M/V P-T II has filed a Complaint, pursuant to 46 U.S.C. App. § 181, *et seq.*, for exoneration from or limitation of liability for all claims for damage, injury, loss, death or destruction arising out of and/or related to an incident that allegedly occurred involving Edward Grenier and the M/V P-T II on or about September 16, 2005, all as is more fully set forth in the Complaint. All persons, firms or corporations asserting claims with respect to which the Complaint seeks exoneration from or limitation of liability for are admonished to file such claims, as provided by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules Civil Procedure, with the Clerk of Court at the United States Courthouse, 219 South Dearborn St., Chicago, Illinois 60604, and must serve a copy thereof on counsel for Complainant, Dennis Minichello and Shari L. Friedman, Marwedel, Minichello & Reeb, P.C., 10 South Riverside Plaza, Suite 720, Chicago, Illinois 60606 on or before the 2nd day of June, 2008 or be defaulted. Personal attendance is not required.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, they shall file and serve on counsel for Complainant an Answer to the Complaint on or before the aforesaid date unless their claim has included an Answer, so designated, or be defaulted.

Dated at Chicago, Illinois this _____ day of April, 2008.

ENTER:

_____
UNITED STATES DISTRICT JUDGE

Prepared by:
Dennis Minichello
State Bar No. 3122059
Shari L. Friedman
State Bar No. 6193095
MARWEDEL, MINICHELLO & REEB, P.C.
10 South Riverside Plaza
Suite 720
Chicago, IL 60606
Phone: (312) 902-1600
Facsimile: (312) 902-9900
Email: dminichello@mmr-law.com
sfriedman@mmr-law.com

Attorneys for Edward E. Gillen Co.

**Of Counsel:**

David W. Neeb
Wisconsin State Bar No. 1011188
James E. Culhane
Wisconsin State Bar No. 1014260
Davis & Kuelthau, s.c.
111 East Kilbourn, Ste. 1400
Milwaukee, WI 53202
Phone: (414) 2760-0200
Fax:    (414) 9369
Email: dneeb@dkattorneys.com
         jculhane@dkattorneys.com