IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EGON OLDENDORFF (LIBERIA) INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 06 C 00074 |
| | ) | |
| v. | ) | Honorable Ronald A. Guzman |
| | ) | |
| MING JADE INVESTMENTS, S.A., | ) | |
| | ) | |
| Defendant, | ) | |
| And | ) | |
| | ) | |
| NOVICK INDUSTRIES, INC., | ) | |
| | ) | |
| Garnishee. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that on **April 22, 2008**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Ronald A. Guzman, or any judge sitting in his stead, in Courtroom 1219 of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present a **Motion To Re-Open Case** and **Motion For Judgment**, copies of which are hereby served upon you.

EGON OLDENDORFF (LIBERIA) INC.


/s/ Shari L. Friedman
Shari L. Friedman

Warren J. Marwedel (ARDC #1785109)
Shari L. Friedman (ARDC #6193095)
Marwedel, Minichello & Reeb, P.C.
10 S. Riverside Plaza, Suite 720
Chicago, Illinois 60606
312/902-1600
MM&R File No. 21580-001 Notice of Motion

**CERTIFICATE OF SERVICE**

    I, Shari L. Friedman, an attorney, certify that on this 18th day of April, 2008, I electronically filed the foregoing ***Notice of Motion***, ***Motion To Re-Open Case*** and ***Motion For Judgment*** with the Clerk of the Northern District of Illinois via its CM/ECF system, which will send a notice of electronic filing to the following counsel:

> **Jeffrey Scott Becker**
> jbecker@kozacky.com
>
> **Paul J. Kozacky**
> pkozacky@kozacky.com
>
> **Jerome Raymond Weitzel**
> jweitzel@kozacky.com

    I further certify that on this 18th day of April, 2008, I served the foregoing pleadings on opposing counsel via facsimile (312) 636-0905, and that I personally served the Plaintiff, Novick Industries, Inc. by U.S. Mail as follows:

> Novick Industries Ltd.
> c/o Luyi V. Ogbebor, Registered Agent
> 444 N. Michigan Ave., Suite 1200
> Chicago, IL 60611
>
> Novick Industries Ltd.
> c/o Luyi V. Ogbebor, President
> 211 East Ontario
> Chicago, IL 60611

                                                            /s/ Shari L. Friedman
                                                              Shari L. Friedman