**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF  ) | Case No.:  08 CV 2219 |
| EDWARD E. GILLEN CO. AS OWNER PRO  ) | |
| HAC VICE OF THE M/V P-T II, HER            ) | Judge:  Blanche M. Manning |
| ENGINES, TACKLE, APPURTENANCES,    ) | |
| FURNITURE, ETC., PRAYING FOR             ) | Magistrate Judge:  Morton Denlow |
| EXONERATION FROM OR LIMITATION     ) | |
| OF LIABILITY                                             ) | In Admiralty |
|                                                                    ) | |
|                                    Plaintiff.  | |

**NOTICE OF MOTION**

        PLEASE TAKE NOTICE that on **April 24, 2008**, at **11:00 a.m.**, we shall appear before the Honorable Judge Manning, in Courtroom 2125, at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, to present the foregoing **Motion for Injunctive Relief and Entry of Orders to Proceed with Complaint for Exoneration from or Limitation of Liability** (previously filed as Document No. 7), and **Memorandum Of Law In Support Of Motion etc**. (previously filed as Document No. 8).

Dated:  April 18, 2008                              Respectfully submitted,

                                                                s/Dennis Minichello
                                                                Dennis Minichello
                                                                State Bar No. 3122059
                                                                Shari L. Friedman
                                                                State Bar No. 6193095
                                                                MARWEDEL, MINICHELLO & REEB, P.C.
                                                                10 South Riverside Plaza
                                                                Suite 720
                                                                Chicago, IL  60606
                                                                Phone:  (312) 902-1600
                                                                Facsimile: (312) 902-9900
                                                                Email: dminichello@mmr-law.com
                                                                sfriedman@mmr-law.com

                                                                Attorneys for Edward E. Gillen Co.

**<u>Of Counsel:</u>**

David W. Neeb
Wisconsin State Bar No. 1011188
James E. Culhane
Wisconsin State Bar No. 1014260
Davis & Kuelthau, s.c.
111 East Kilbourn, Ste. 1400
Milwaukee, WI  53202
Phone: (414) 2760-0200
Fax:    (414) 9369
Email: dneeb@dkattorneys.com
       jculhane@dkattorneys.com

21635001.Notice of Motion

## CERTIFICATE OF SERVICE

I, Dennis Minichello, an attorney, certify that I caused a true and correct copy of the foregoing Notice of Motion, to be filed with the U.S. District Court for the Northern District of Illinois, via its CM/ECF system, on April 21, 2008.

s/ Dennis Minichello
Dennis Minichello