UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Edward E. Gillen Co.

                Plaintiff,

v.                                       Case No.: 1:08–cv–02219
                                      Honorable Blanche M. Manning

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 24, 2008:

      MINUTE entry before Judge Honorable Blanche M. Manning: Motion hearing held on 4/24/2008. Motion by In Re Edward E. Gillen Co.for Injunctive Relief and entry or orders to proceed with complaint for exoneration from or limitation of liabilityMotion [7] is entered and continued to 5/1/2008 at 11:00 AM. Movant shall file new documents with the appropriate code sections and plaintiffs.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.