UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ) <br> EDWARD E. GILLEN CO. AS OWNER PRO ) <br> HAC VICE OF THE M/V P-T II, HER ) <br> ENGINES, TACKLE, APPURTENANCES, ) <br> FURNITURE, ETC., PRAYING FOR ) <br> EXONERATION FROM OR LIMITATION ) <br> OF LIABILITY ) <br> ) <br> Plaintiff. | Case No.: 08 CV 2219 <br><br> Judge: Blanche M. Manning <br><br> Magistrate Judge: Morton Denlow <br><br> In Admiralty |

**AMENDED MOTION FOR INJUNCTIVE RELIEF
AND ENTRY OF ORDERS TO PROCEED WITH
COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

Plaintiff, Edward E. Gillen Co., by its attorneys, Dennis Minichello and Shari L. Friedman of Marwedel, Minichello & Reeb, for its Amended Motion for Injunctive Relief and Entry of Orders to Proceed with Complaint for Exoneration From or Limitation of Liability, pursuant to 46 U.S.C. Sec. 30501 *et seq*. (formerly, 46 U.S.C. App. Sec. 181 *et seq..*) and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, states as follows:

1.      On April 17, 2008, Plaintiff, Edward E. Gillen Co., as owner pro hac vice and operator of the M/V P-T II, filed a Complaint in this Court claiming the benefit of exoneration from or limitation of liability as provided in 46 U.S.C. Sec. 30501 *et seq*. (formerly, 46 U.S.C. App. §§183-189), and all acts amendatory thereof and supplemental thereto, and also contesting any liability on its part on account of the matters and things alleged in said Complaint, independently of limitation of liability claimed, for any losses, injuries, deaths, expenses or damages resulting or arising from and claiming the right to exoneration from or limitation of liability for any and all claims arising out of an alleged incident on September 16, 2005,

involving an alleged personal injury to Edward Grenier on board M/V P-T II, at or near Oak Creek Power Plant located in Oak Creek, Wisconsin.

2. A key component of a limitation action is the entry of an injunction enjoining any and all claimants from filing any suit or action against the vessel owner for damages relating to the subject accident, other than in the limitation proceeding itself.

3. In connection thereto. Plaintiff seeks entry of one (1) Order and one (1) Notice in order to proceed with its limitation action, enjoin the filing of actions for damages arising out of the accident, except in this proceeding, give Notice to all those who may have claims against Plaintiff or the subject vessels, and bring all claimants into one venue, before this Court, for the purpose of determining Plaintiffs liability, if any, and distribution of the limitation fund, if applicable.

4. The Order and Notice that Plaintiff seeks to have entered by this Court are:

    A. Order Approving Limitation Plaintiff Edward E. Gillen Co.'s Affidavit of Value, Directing Issuance of Notice and Injunction Prosecution of Claims; and

    B. Notice to Claimants of Complaint for Exoneration From or Limitation of Liability.

A copy of the Order and Notice are submitted herewith.

5. In support of this Amended Motion, Plaintiff submits an Amended Memorandum of Law contemporaneous hereto.

WHEREFORE, Plaintiff, Edward E. Gillen Co., respectfully requests that this Court grant it the injunctive relief sought, enter the Orders requested, and proceed to adjudicate Plaintiff's Complaint.

Dated:  April 24, 2008                        Respectfully submitted,

                                  s/Dennis Minichello
                                  Dennis Minichello
State Bar No. 3122059
Shari L. Friedman
State Bar No. 6193095
MARWEDEL, MINICHELLO & REEB, P.C.
10 South Riverside Plaza
Suite 720
Chicago, IL  60606
Phone:  (312) 902-1600
Facsimile: (312) 902-9900
Email: dminichello@mmr-law.com
sfriedman@mmr-law.com

Attorneys for Edward E. Gillen Co.

**Of Counsel:**

David W. Neeb
Wisconsin State Bar No. 1011188
James E. Culhane
Wisconsin State Bar No. 1014260
Davis & Kuelthau, s.c.
111 East Kilbourn, Ste. 1400
Milwaukee, WI  53202
Phone: (414) 2760-0200
Fax:    (414) 9369
Email: dneeb@dkattorneys.com
        jculhane@dkattorneys.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ) <br> EDWARD E. GILLEN CO. AS OWNER PRO ) <br> HAC VICE OF THE M/V P-T II, HER ) <br> ENGINES, TACKLE, APPURTENANCES, ) <br> FURNITURE, ETC., PRAYING FOR ) <br> EXONERATION FROM OR LIMITATION ) <br> OF LIABILITY ) <br> ) <br> Plaintiff. | Case No.: 08 CV 2219 <br><br> Judge: Blanche M. Manning <br><br> Magistrate Judge: Morton Denlow <br><br> In Admiralty |

## ORDER APPROVING LIMITATION PLAINTIFF EDWARD E. GILLEN CO.'S AFFIDAVIT OF VALUE, DIRECTING ISSUANCE OF NOTICE AND INJUNCTION PROSECUTION OF CLAIMS

A Complaint having been filed on the 17th day of April, 2008 by Edward E. Gillen Co. ("Limitation Plaintiff") of the M/V P-T II (the "Vessel") for exoneration from or limitation of liability pursuant to 46 U.S.C. Sec. 30501 *et seq.* (formerly, 46 U.S.C. § 181, *et seq.*) and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure for any loss, damage or injury occurring on or about September 16, 2005 in an incident in which an injury is alleged to have occurred on Lake Michigan, as more fully described in the Complaint;

Limitation Plaintiff having stated that the value of the Vessel and its pending freight following the incident does not exceed $75,000.00, as set forth in the Limitation Plaintiff's Complaint and Affidavit of Surveyor George Leithner and attached Valuation Survey; and the Limitation Plaintiff having deposited with the Court as security for the benefit of claimants, a bond or ad interim stipulation issued or signed by recognized surety and dated April 17, 2008, in an amount equal to the appraised value of the Vessel, with interest at Six Percent (6%) per annum from this date, executed by a duly authorized representative of said surety;

Now, on motion of attorneys for the Limitation Plaintiff, Marwedel, Minichello & Reeb, P.C., it is:

ORDERED AS FOLLOWS:

1. The above-described bond or ad interim stipulation deposited by the Limitation Plaintiff with the Court for the benefit of Claimants, in the sum of $75,000.00 with interest as aforesaid, security for the value of the Vessel and its pending freight, be and is hereby approved.

2. The Court upon motion, shall cause the appraisement of such value and may there upon order the said security increased or reduced if it finds the amount thereof insufficient or excessive; that upon demand, the Court may similarly order such increase or against any reduction if it finds that such an order is necessary to carry out the provisions of the act, including 46 U.S.C. Secs. 30505, 30506 and 30507, (formerly, 46 U.S.C. § 183), in respect of loss of life or bodily injury;

3. Notice shall be issued by the Clerk of Court to all persons asserting claims with respect to which the Limitation Plaintiff seeks exoneration, and alternatively limitation, admonishing them to file their respective claims with the Clerk of Court in writing, and to serve on the attorneys for the Limitation Plaintiff a copy thereof on or before the 16th day of June, 2008, or be defaulted, and that if any claimant decides to contest the right to exoneration from or limitation of liability, said claimant shall serve and file on attorneys for the Limitation Plaintiff and Answer to the Complaint on or before the said date, unless such claim was included in an Answer to the Complaint, said designated or be defaulted;

4. The aforesaid Notice shall be published in the *Chicago Daily Law Bulletin* and *The Milwaukee Journal Sentinel* once a week for four (4) consecutive weeks prior to the date fixed for the filing of claims, as provided by the aforesaid Rule F; and copies of the Notice shall also be mailed in accordance with said Rule F;

5. The further prosecution of any and all actions, suits and proceedings already commenced, and the commencement or prosecution of any and all suits, actions, or proceedings of any nature in description whatsoever in any jurisdiction, the taking of any steps and the making of any motion and any such actions, suits, or proceedings against the Limitation Plaintiff, as aforesaid, against the Vessel, her officers and crew or their insurers, against any property of the Limitation Plaintiff, or against the Limitation Plaintiff's employees, to recover damages for or in respect of any loss, damage or injury, occasioned or incurred on said voyage of the said Vessel as alleged in the Complaint, be and they are hereby restrained, stayed and enjoined until the hearing and determination of this action;

6. Service of this Order as a restraining order may be made through the United States Post Office by mailing a conformed copy thereof to the person or persons to be restrained or their respective attorneys or alternatively by hand.

Done and entered this _____ day of _____, 2008 at Chicago, Illinois.

_____
UNITED STATES DISTRICT JUDGE

Prepared By:

Marwedel, Minichello & Reeb, P.C.
10 S. Riverside Plaza, Suite 720
Chicago, Illinois 60606

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF EDWARD E. GILLEN CO. AS OWNER PRO HAC VICE OF THE M/V P-T II, HER ENGINES, TACKLE, APPURTENANCES, FURNITURE, ETC., PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY<br><br>Plaintiff. | Case No.: 08 CV 2219<br><br>Judge: Blanche M. Manning<br><br>Magistrate Judge: Morton Denlow<br><br>In Admiralty |

## NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Notice is hereby given that Edward E. Gillen Co., as owner *pro hac vice* of the M/V P-T II has filed a Complaint, pursuant to 46 U.S.C. Sec. 30501 *et seq.* (formerly, 46 U.S.C. App. § 181, *et seq.*), for exoneration from or limitation of liability for all claims for damage, injury, loss, death or destruction arising out of and/or related to an incident that allegedly occurred involving Edward Grenier and the M/V P-T II on or about September 16, 2005, all as is more fully set forth in the Complaint. All persons, firms or corporations asserting claims with respect to which the Complaint seeks exoneration from or limitation of liability for are admonished to file such claims, as provided by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules Civil Procedure, with the Clerk of Court at the United States Courthouse, 219 South Dearborn St., Chicago, Illinois 60604, and must serve a copy thereof on counsel for Complainant, Dennis Minichello and Shari L. Friedman, Marwedel, Minichello & Reeb, P.C., 10 South Riverside Plaza, Suite 720, Chicago, Illinois 60606 on or before the 16th day of June, 2008 or be defaulted. Personal attendance is not required.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, they shall file and serve on counsel for Complainant an Answer to the Complaint on or before the aforesaid date unless their claim has included an Answer, so designated, or be defaulted.

Dated at Chicago, Illinois this _____ day of _____, 2008.

ENTER:

_____
UNITED STATES DISTRICT JUDGE

Prepared by:
Dennis Minichello
State Bar No. 3122059
Shari L. Friedman
State Bar No. 6193095
MARWEDEL, MINICHELLO & REEB, P.C.
10 South Riverside Plaza
Suite 720
Chicago, IL 60606
Phone: (312) 902-1600
Facsimile: (312) 902-9900
Email: dminichello@mmr-law.com
sfriedman@mmr-law.com
*Attorneys for Edward E. Gillen Co.*

**Of Counsel:**

David W. Neeb
Wisconsin State Bar No. 1011188
James E. Culhane
Wisconsin State Bar No. 1014260
Davis & Kuelthau, s.c.
111 East Kilbourn, Ste. 1400
Milwaukee, WI 53202
Phone: (414) 2760-0200
Fax:    (414) 9369
Email: dneeb@dkattorneys.com
       jculhane@dkattorneys.com