## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ) | Case No.: 08 CV 2219 |
| EDWARD E. GILLEN CO. AS OWNER PRO ) | |
| HAC VICE OF THE M/V P-T II, HER ) | Judge: Blanche M. Manning |
| ENGINES, TACKLE, APPURTENANCES, ) | |
| FURNITURE, ETC., PRAYING FOR ) | Magistrate Judge: Morton Denlow |
| EXONERATION FROM OR LIMITATION ) | |
| OF LIABILITY ) | In Admiralty |
| ) | |
| Plaintiff. | |

### AMENDED STIPULATION OF COSTS

WHEREAS, a Complaint has been filed in this Honorable Court by Plaintiff, Edward E. Gillen Co., as owner pro hac vice of the M/V P-T II, praying for exoneration from or limitation of liability pursuant to the provisions of 46 U.S.C. Sec. 30501 *et seq*. (formerly, 46 U.S.C. App. §§181-189), and statutes supplementary thereto and amendatory thereof, and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, for the reasons and causes set forth in the aforementioned Complaint; and Plaintiff hereby consenting and agreeing that, in case of default on the part of the Plaintiff, execution may issue against its goods, chattels and lands, for the sum of $250.00;

NOW, THEREFORE,, it is hereby stipulated and agreed, for the benefit of whom it may concern, that Plaintiff herein shall be and is hereby bound in the sum of $250.00, conditioned that Plaintiff shall pay all costs and expenses which shall be awarded against it by the final decree of this Court or upon appeal by the Appellate Court, should an appeal intervene.

EXECUTED in Chicago, Illinois, as of the 17th day of April 2008.

Respectfully submitted,

s/Dennis Minichello
Dennis Minichello
State Bar No. 3122059
Shari L. Friedman
State Bar No. 6193095
MARWEDEL, MINICHELLO & REEB, P.C.
10 South Riverside Plaza
Suite 720
Chicago, IL  60606
Phone:  (312) 902-1600
Facsimile: (312) 902-9900
Email:  dminichello@mmr-law.com
sfriedman@mmr-law.com

Attorneys for Edward E. Gillen Co.

**Of Counsel:**

David W. Neeb
Wisconsin State Bar No. 1011188
James E. Culhane
Wisconsin State Bar No. 1014260
Davis & Kuelthau, s.c.
111 East Kilbourn, Ste. 1400
Milwaukee, WI  53202
Phone: (414) 2760-0200
Fax:    (414) 9369
Email: dneeb@dkattorneys.com
         jculhane@dkattorneys.com

2