UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Edward E. Gillen Co.

                Plaintiff,

v.                                   Case No.: 1:08−cv−02219
                                            Honorable Blanche M. Manning

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 1, 2008:

    MINUTE entry before Judge Honorable Blanche M. Manning:Motion hearing held on 5/1/2008. Motion by In Re: Edward E. Gillen Co. for injunctive relief and entry of orders to proceed with complaint for exoneration from or limitation of liability [15] is referred to Magistrate Judge Denlow. Status hearing set for 5/22/2008 at 11:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.