# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Edward E. Gillen Co.

                Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 1:08−cv−02219
　　　　　　　　　　　　　　　　　 Honorable Blanche M. Manning

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2008:

    MINUTE entry before the Honorable Morton Denlow: Status hearing reset for 5/29/2008 at 10:00 AM. on request of the parties. Status hearing set for 5/22/08 is stricken.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.