Order Form (01/2005)

# United States District Court, Northern District of Illinois

*H H◊*

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| CASE NUMBER | 08 C 2219 | DATE | 5/29/2008 |
| CASE TITLE | In Re: Edward E. Gillen Co. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Amended Motion by In Re Edward E. Gillen Co. for Injunctive Relief and entry or orders to proceed with complaint for exoneration from or limitation of liability [15] is granted. Enter order approving limitation Plaintiff Edward E. Gillen Co.'s affidavit of value, directing issuance of notice and injunction prosecution of claims. Status hearing set for 8/28/08 at 10:00 a.m. Motion for injuctive reliefe and entry of orders [7] is moot.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:06

| | Courtroom Deputy Initials: | DK |
|---|---|---|