MHW

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ) | Case No.: 08 CV 2219 |
| EDWARD E. GILLEN CO. AS OWNER PRO ) | |
| HAC VICE OF THE M/V P-T II, HER ) | Judge: Blanche M. Manning |
| ENGINES, TACKLE, APPURTENANCES, ) | |
| FURNITURE, ETC., PRAYING FOR ) | Magistrate Judge: Morton Denlow |
| EXONERATION FROM OR LIMITATION ) | |
| OF LIABILITY ) | In Admiralty |
| ) | |
| Plaintiff. | |

## NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Notice is hereby given that Edward E. Gillen Co., as owner *pro hac vice* of the M/V P-T II has filed a Complaint, pursuant to 46 U.S.C. Sec. 30501 *et seq.* (formerly, 46 U.S.C. App. § 181, *et seq.*), for exoneration from or limitation of liability for all claims for damage, injury, loss, death or destruction arising out of and/or related to an incident that allegedly occurred involving Edward Grenier and the M/V P-T II on or about September 16, 2005, all as is more fully set forth in the Complaint. All persons, firms or corporations asserting claims with respect to which the Complaint seeks exoneration from or limitation of liability for are admonished to file such claims, as provided by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules Civil Procedure, with the Clerk of Court at the United States Courthouse, 219 South Dearborn St., Chicago, Illinois 60604, and must serve a copy thereof on counsel for Complainant, Dennis Minichello and Shari L. Friedman, Marwedel, Minichello & Reeb, P.C., 10 South Riverside Plaza, Suite 720, Chicago, Illinois 60606 on or before the 28th day of July, 2008 or be defaulted. Personal attendance is not required.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, they shall file and serve on counsel for Complainant an Answer to the Complaint on or before the aforesaid date unless their claim has included an Answer, so designated, or be defaulted.

Dated at Chicago, Illinois this 29th day of May, 2008.

ENTER:

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE