UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF EDWARD E. GILLEN CO. AS OWNER PRO HAC VICE OF THE M/V P-T II, HER ENGINES, TACKLE, APPURTENANCES, FURNITURE, ETC., PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY<br><br>Plaintiff. | Case No.: 08 CV 2219<br><br>Judge: Blanche M. Manning<br><br>Magistrate Judge: Morton Denlow<br><br>In Admiralty |

**AFFIDAVIT OF PUBLICATION OF THE *MILWAUKEE JOURNAL SENTINEL* AND CERTIFICATE OF PUBLICATION OF THE *CHICAGO DAILY LAW BULLETIN***

Now comes Edward E. Gillen Co., Plaintiff in Limitation in the captioned matter, by its attorneys, and hereby files with the Court the Affidavit of Publication of the *Milwaukee Journal Sentinel*, dated July 7, 2008, and the Certificate of Publication of the *Chicago Daily Law Bulletin*, dated July 7, 2008, in compliance with this Court's Order of May 29, 2008, a copy of which Affidavit and Certificate are attached hereto.

Dated: July 16, 2008

Respectfully submitted,
s/Dennis Minichello
Dennis Minichello
State Bar No. 3122059
Shari L. Friedman
State Bar No. 6193095
Marwedel, Minichello and Reeb, P.C.
10 S. Riverside Plaza, Suite 720
Chicago, IL  60606
Phone:  312/902-1600
Facsimile:  312/902-9900
Email:  dminichello@mmr-law.com
sfriedman@mmr-law.com
Attorneys for Edward E. Gillen Co.

<u>Of Counsel</u>:
David W. Neeb
Wisconsin State Bar No. 1011188
James E. Culhane
Wisconsin State Bar No. 1014260
Davis & Kuelthau, S.C.
111 East Kilbourn, Ste. 1400
Milwaukee, WI 53202
Phone: (414) 276-0200
Fax:     (414) 276-9369
Email:  dneeb@dkattorneys.com
           jculhane@dkattorneys.com

**CERTIFICATE OF SERVICE**

I, Dennis Minichello, an attorney, certify that I caused a true and correct copy of the Affidavit of Publication of the *Milwaukee Journal Sentinel* and Certificate of Publication of the *Chicago Daily Law Bulletin*, to be filed via Electronic service through the Northern District's CM/ECF system, on July 16, 2008.

s/ Dennis Minichello
Dennis Minichello

**MILWAUKEE JOURNAL SENTINEL**
jsonline.com
OPEN YOUR WORLD

AFFIDAVIT OF PUBLICATION

0003120170

MARWEDEL, MINICHELLE & REEB, P.C.
10 S. RIVERSIDE PLAZA
SUITE 720
JENNIFER TURNER
Chicago, IL    60606

Patti Guerrero hereby states that she is authorized by Journal Sentinel Inc. to certify on behalf of Journal Sentinel Inc., publisher of the Milwaukee Journal Sentinel and The Sunday Journal Sentinel, public newspapers of general circulation, printed and published in the city and county of Milwaukee; published in the Daily Edition of the Milwaukee Journal Sentinel on **6/16/2008 and 6/23/2008 and 6/30/2008 and 7/7/2008**; that the Milwaukee Journal Sentinel and The Sunday Journal Sentinel are newspapers printed in the English language and that said printed copy was taken from said printed newspaper(s).

_____
Patti Guerrero

State of Wisconsin )
                   ) SS:
County of Milwaukee)

Subscribed and sworn before me this ___7___ day of __July__ ,2008.

__Terri Rose__

Notary Public State of Wisconsin

My Commission Expires __2-2n-11__



Case 1:08-cv-02219
Document 25
Filed 05/29/2008
UNITED STATES
DISTRICT COURT
FOR THE NORTHERN
DISTRICT OF ILLINOIS
EASTERN DIVIVION
Case No: 08CV2219
Judge: Blance M. Manning
Magistrate Judge: Morton Denlow
In Admiralty
IN THE MATTER OF THE COMPLAINT OF EDWARD E. GILLEN CO. AS OWNER PRO HAC VICE OF THE M/V P-T II, HER ENGINES, TACKLE, APPURTENANCES, FURNITURE, ETC., PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY
Plaintiff.
NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY
Notice is hereby given that Edward E. Gillen Co., as owner pro hac vice of the M/V P-T II has filed a Complaint, pursuant to 46 U.S.C. Sec. 30501 et seq. (formerly, 46 U.S.C. App. § 181, et seq.), for exoneration from or limitation of liability for all claims for damage, injury, loss, death or destruction arising out of and/or related to an incident that allegedly occurred involving Edward Grenier and the M/V P-T II on or about September 15, 2005, all as is more fully set forth in the Complaint. All persons, firms or corporations asserting claims with respect to which the Complaint seeks exoneration from or limitation of liability for are admonished to file such claims, as provided by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules Civil Procedure, with the Clerk of Court at the United States Courthouse, 219 South Dearborn St., Chicago, Illinois 60604, and must serve a copy thereof on counsel for Complainant, Dennis Minichello and Shari L. Friedman, Marwedel, Minichello & Reeb, P.C., 10 South Riverside Plaza, Suite 720, Chicago, Illinois 60606 on or before the 28th day of July, 2008 or be defaulted. Personal attendance is not required. If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, they shall file and serve on counsel for Complainant an Answer to the Complaint on or before the aforesaid date unless their claim has included an Answer, so designated, or be defaulted.
Dated at Chicago, Illinois this 29th day of May, 2008.
ENTER: Morton Denlow
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT ) | Case No.: 08 CV 2219 | |
| OF EDWARD E. GILLEN CO. AS ) | | |
| OWNER PRO HAC VICE OF THE M/V ) | Judge: Blanche M. Manning | |
| P-T II, HER ENGINES, TACKLE, ) | | |
| APPURTENANCES, FURNITURE, ETC., ) | Magistrate Judge: M. Denlow | |
| PRAYING FOR EXONERATION FROM ) | | |
| OR LIMITATION OF LIABILITY ) | In Admiralty | |
| Plaintiff. | | |

**NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

Notice is hereby given that Edward E. Gillen Co., as owner pro hac vice of the M/V P-T II has filed a Complaint, pursuant to 46 U.S.C. Sec. 30501 et seq. (formerly, 46 U.S.C. App. § 181, et seq.), for exoneration from or limitation of liability for all claims for damage, injury, loss, death or destruction arising out of and/or related to an incident that allegedly occurred involving Edward Grenier and the M/V P-T II on or about September 16, 2005, all as is more fully set forth in the Complaint. All persons, firms or corporations asserting claims with respect to which the Complaint seeks exoneration from or limitation of liability for are admonished to file such claims, as provided by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules Civil Procedure, with the Clerk of Court at the United States Courthouse, 219 South Dearborn St., Chicago, IL 60604, and must serve a copy thereof on counsel for Complainant, Dennis Minichello and Shari L. Friedman, Marwedel, Minichello & Reeb, P.C., 10 South Riverside Plaza, Suite 720, Chicago, IL 60606 on or before the 28th day of July, 2008 or be defaulted. Personal attendance is not required.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, they shall file and serve on counsel for Complainant an Answer to the Complaint on or before the aforesaid date unless their claim has included an Answer, so designated, or be defaulted.

Dated at Chicago, Illinois this 29th day of May, 2008.

ENTER: MORTON DENLOW,
United States Magistrate Judge.

---

**CERTIFICATE OF PUBLICATION**

CASE NO. 08CV-2219

EDWARD E. GILLEN CO.

**LAW BULLETIN PUBLISHING CO.**

does hereby certify that it is the publisher of

**CHICAGO DAILY LAW BULLETIN,**

that said **CHICAGO DAILY LAW BULLETIN** is a secular newspaper that has been published **DAILY** in the City of Chicago, County of Cook, State of Illinois, continuously for more than one year prior to the first date of publication of the notice, appended, that it is of general circulation throughout said County and State, that it is a newspaper as defined in "An Act to revise the law in relation to notices," as amended, Illinois Compiled Statutes (715 ILCS 5/1 & 5/5), and that the notice appended was published in the said **CHICAGO DAILY LAW BULLETIN** on June—16-23-30-7

First publication date:

**JUNE 16, 2008**

Final publication date:

**JULY 7, 2008**

In witness thereof, the undersigned has caused this certificate to be signed and its corporate seal affixed at Chicago, Illinois.

**JULY 7, 2008**

**LAW BULLETIN PUBLISHING CO.**

By _____



0 6 8 4 7 6