UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ) <br> EDWARD E. GILLEN CO. AS OWNER PRO ) <br> HAC VICE OF THE M/V P-T II, HER ) <br> ENGINES, TACKLE, APPURTENANCES, ) <br> FURNITURE, ETC., PRAYING FOR ) <br> EXONERATION FROM OR LIMITATION ) <br> OF LIABILITY ) <br> ) <br> Plaintiff. | Case No.: 08 CV 2219 <br><br> Judge: Blanche M. Manning <br><br> Magistrate Judge: Morton Denlow <br><br> In Admiralty |

### NOTICE OF FILING

Now comes Edward E. Gillen Co., Plaintiff in Limitation in the captioned matter by its attorneys, and hereby files with the Court the Affidavit of Publication of the *Milwaukee Journal Sentinel* and Certificate of Publication of the *Chicago Daily Law Bulletin*, in compliance with this Court's Order of May 29, 2008.

Dated: July 16, 2008

Respectfully submitted,
s/Dennis Minichello
Dennis Minichello
State Bar No. 3122059
Shari L. Friedman
State Bar No. 6193095
Marwedel, Minichello and Reeb, P.C.
10 S. Riverside Plaza, Suite 720
Chicago, IL  60606
Phone:  312/902-1600
Facsimile:  312/902-9900
Email:  dminichello@mmr-law.com
sfriedman@mmr-law.com
Attorneys for Edward E. Gillen Co.

Of Counsel:
David W. Neeb

Wisconsin State Bar No. 1011188
James E. Culhane
Wisconsin State Bar No. 1014260
Davis & Kuelthau, S.C.
111 East Kilbourn, Ste. 1400
Milwaukee, WI  53202
Phone: (414) 276-0200
Fax:    (414) 276-9369
Email:  dneeb@dkattorneys.com
            jculhane@dkattorneys.com

## **CERTIFICATE OF SERVICE**

I, Dennis Minichello, an attorney, certify that I caused a true and correct copy of the Notice of Filing and the Affidavit of Publication of the *Milwaukee Journal Sentinel* and Certificate of Publication of the *Chicago Daily Law Bulletin*, to be filed via Electronic service through the Northern District's CM/ECF system, on July 16, 2008.

s/ Dennis Minichello
Dennis Minichello