UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ) <br> EDWARD E GILLEN CO. AS OWNER PRO ) <br> HAC VICE OF THE M/V P-T II, HER ) <br> ENGINES, TACKLE, APPURTENANCES, ) <br> FURNITURE, ETC., PRAYING FOR ) <br> EXONERATION FROM OR LIMITATION ) <br> OF LIABILITY, ) <br> ) <br>       Plaintiff. ) | Case No. 08 CV 2219 <br><br> Judge Blanche M. Manning <br><br> Magistrate Judge Morton Denlow <br><br> In Admiralty |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

I, Roy C. Dripps, hereby apply to the court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of the Claimant Edward Grenier by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| | |
|---|---|
| Illinois State Bar | 5/3/82 |
| Missouri State Bar | 9/19/81 |
| U.S.D.C., Eastern District of MO | 2/11/85 |
| U.S.D.C., Southern District of IL | 10/6/88 |
| U.S.D.C., Central District of IL | 6/26/95 |
| U.S. Claims Court | 9/4/90 |
| U.S. Court of Appeals, Eighth Circuit | 12/12/84 |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:  None

I have never been censured, suspended, disbarred or otherwise disciplined by any court.

I am not currently the subject of any investigation concerning my professional conduct.

I have never been transferred to inactive status, voluntarily withdrawn or resigned from the bar or any court.

I have never been denied admission to the bar of any court.

I have never been held in contempt of court.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rule 83.50 through 83.58) and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

Date: 8/4/08                                                                /s/Roy C. Dripps
                                                                                 Roy C. Dripps IL Bar #06182013
                                                                                The Lakin Law Firm, P.C.
                                                                                300 Evans Avenue
                                                                                P O Box 229
                                                                                Wood River IL 62095-0229
                                                                                618/254-1127