IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT ) | | |
| OF EDWARD E. GILLEN CO. AS ) | | |
| OWNER PRO HAC VICE OF THE ) | Case No.: | 08 CV 2219 |
| M/V P-T II, HER ENGINES, TACKLE, ) | | |
| APPURTENANCES, FURNITURE, ETC., ) | Judge: | Manning |
| PRAYING FOR EXONERATION FROM ) | | |
| OR LIMITATION OF LIABILITY, ) | | |
| ) | | |
| **Plaintiff.** ) | | |

## AMENDED NOTICE OF MOTION

To: All Counsel of Record

PLEASE TAKE NOTICE that on August 26, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before The Honorable Blanche M. Manning, or any judge sitting in her stead, in the courtroom usually occupied by him in Courtroom 2125 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois, and shall then and there present its Motion to Transfer Venue, a copy of which is hereby served upon you.

By:  /s/Dennis Minichello
One of its Attorneys

Dennis Minichello
Stephanie Espinoza
MARWEDEL MINICHELLO & REEB, P.C.
10 S. Riverside, Suite 720
Chicago, IL  60606
Telephone:  (312) 902-1600
Facsimile:  (312) 902-9900

1

## CERTIFICATE OF SERVICE

I, Stephanie Espinoza, an attorney, certify that on this 19th day of August, 2008, I electronically filed *Edward G. Gillen Co.'s Motion to Transfer Venue* with the Clerk of the Northern District of Illinois via its CM/ECF system, which will send a notice of electronic filing to the following counsel:

- **Shari L. Friedman**
  sfriedman@mmr-law.com,jturner@mmr-law.com

- **Jonathan B. Piper**
  jonp@lakinlaw.com,crystald@lakinlaw.com,paulas@lakinlaw.com

                              /s/ Dennis Minichello
                              Dennis Minichello