## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Edward E. Gillen Co.

                    Plaintiff,

v.                                              Case No.: 1:08–cv–02219
                                                Honorable Blanche M. Manning

Edward Grenier

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Edward E. Gillen Co's Motion to transfer venue [32] is entered. Responses to be filed by 9/16/2008. Replies to filed by 9/30/2008. Ruling will be by mail unless otherwise notified. No appearance necessary on 8/26/2008. Mailed and telephoned notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.