UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ) <br> EDWARD E. GILLEN CO. AS OWNER PRO ) <br> HAC VICE OF THE M/V P-T II, HER ) <br> ENGINES, TACKLE, APPURTENANCES, ) <br> FURNITURE, ETC., PRAYING FOR ) <br> EXONERATION FROM OR LIMITATION ) <br> OF LIABILITY ) <br> ) <br> Plaintiff. | Case No.: 08 cv 2219 <br><br> Judge Blanche M. Manning <br><br> Magistrate Judge Morton Denlow <br><br> In Admiralty |

**INFORMATION TO CLAIMANTS PURSUANT TO RULE F(6) OF THE
SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS**

Plaintiff, Edward E. Gillen Co. (hereinafter "Gillen") as owner *pro hac vice* of the M/V PT-II, her engines, tackle, furniture, appurtenances, etc. (the "Vessel"), as and for its Notice of Information to Claimants pursuant to Rule F(6) of the Supplemental Rules for Admiralty and Maritime Claims, states as follows:

a. Name of each Claimant:    Edward Grenier

b. Claimant's Counsel:    Jonathan Piper
 Roy Dripps
 The Lakin law Firm
 300 Evans Avenue
 P.O. Box 229
 Wood River, IL 62095-0229
 618/254-1127

c. Nature of the Claim:    Personal Injury

d. Amount of the Claim:    In excess of $75,000.00

                        EDWARD E. GILLEN CO.

                        /s/ Shari L. Friedman
                        Shari L. Friedman (06193095)
                        Dennis Minichello (03122059)
                        MARWEDEL, MINICHELLO & REEB, P.C.
                        10 South Riverside Plaza
                        Suite 720
                        Chicago, IL 60606
                        Phone: (312) 902-1600
                        Facsimile: (312) 902-9900
                        Email: dminichello@mmr-law.com
                                    sfriedman@mmr-law.com

                        *Attorneys for Plaintiff Edward E. Gillen Co.*

**Of Counsel:**

David W. Neeb
Wisconsin State Bar No. 1011188
James E. Culhane
Wisconsin State Bar No. 1014260
Davis & Kuelthau, S.C..
111 East Kilbourn, Ste. 1400
Milwaukee, WI 53202
Phone: (414) 2760-0200
Fax:    (414) 9369
Email: dneeb@dkattorneys.com
         jculhane@dkattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2008, I caused **INFORMATION TO CLAIMANTS PURSUANT TO RULE F(6) OF THE SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS** to be electronically filed with the Clerk of the Court using the CM/EMF system which sent notification of such filing via e-mail to the following:

Jonathan Piper
Roy Dripps
The Lakin law Firm
300 Evans Avenue
P.O. Box 229
Wood River, IL 62095-0229

and that I caused a copy of the foregoing document to be mailed to the above-named attorneys of record at the address above stated, via United Stated Mail, First Class, postage pre-paid, this 26th [27th] day of August, 2008.

/s/ *Shari L. Friedman*