**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Edward E. Gillen Co.
                Plaintiff,

v.                                Case No.: 1:08−cv−02219
                                          Honorable Blanche M. Manning

Edward Grenier
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Roy C. Dripps motion for leave to appear pro hac vice [31] is granted. This application is not on the Clerk's standard form for filing pro hac vice but the filing fee of $50.00 was paid, therefore the motion is granted. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.