UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ) <br> EDWARD E. GILLEN CO. AS OWNER PRO ) <br> HAC VICE OF THE M/V P-T II, HER ) <br> ENGINES, TACKLE, APPURTENANCES, ) <br> FURNITURE, ETC., PRAYING FOR ) <br> EXONERATION FROM OR LIMITATION ) <br> OF LIABILITY ) <br> ) <br> Plaintiff. | Case No.: 08 CV 2219 <br><br> Judge: Blanche M. Manning <br><br> Magistrate Judge: Morton Denlow <br><br> In Admiralty |

### NOTICE OF MOTION

TO:   Jonathan B. Piper, Esq.
       Roy Dripps, Esq.
       The Lakin Law Firm
       300 Evans Avenue
       P.O. Box 229
       Wood River, IL 62095-0229

   jonp@lakinlaw.com

   royd@lakinlaw.com

   PLEASE TAKE NOTICE that on Thursday, September 11, 2008 at 11:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Blanche M. Manning or any judge sitting in her stead, in Room 22125 of the Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **MOTION TO WITHDRAW EDWARD E. GILLEN CO.'S MOTION TO TRANSFER VENUE**.

                               EDWARD E. GILLEN CO.
                               *Plaintiff*

                               By:     /s/ Shari L. Friedman
                                     One of Its Attorneys

Marwedel, Minichello & Reeb, P.C.
10 South Riverside Plaza, Suite 720
Chicago, Illinois 60606-3709
312/902-1600

## CERTIFICATE OF SERVICE

I, Shari L. Friedman, an attorney, hereby certify that on September 5, 2008, I caused this Notice of Motion and Motion to Withdraw Edward E. Gillen Co.'s Motion to transfer Venue to be electronically filed with the Clerk of the Court using the CM/EMF system which sent notification of such filing to the following:

Jonathan B. Piper, Esq.
Roy Dripps, Esq.
The Lakin Law Firm
300 Evans Avenue
P.O. Box 229
Wood River, IL 62095-0229

jonp@lakinlaw.com

royd@lakinlaw.com

.

　　　　　　　　　　　　　　　　/s/ Shari L. Friedman
　　　　　　　　　　　　　　　　Shari L. Friedman